No. 79–1944. J. TRUETT PAYNE CO., INC. *v.* CHRYSLER MOTORS CORP. C. A. 5th Cir. [Certiorari granted, *ante,* p. 819.] Motion of Ricky Hasbrouck et al. for leave to file a brief as *amici curiae* granted.

No. 79–2006. BARRENTINE ET AL. *v.* ARKANSAS-BEST FREIGHT SYSTEM, INC., ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 819.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 79–6423. LASSITER *v.* DEPARTMENT OF SOCIAL SERVICES OF DURHAM COUNTY. Ct. App. N. C. [Certiorari granted, *ante,* p. 819.] Motion of North Carolina Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 79–6624. ROSALES-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante,* p. 819.] Motion of the Solicitor General to permit George W. Jones, Esquire, to present oral argument *pro hac vice* granted.

No. 79–6853. WEBB *v.* WEBB. Sup. Ct. Ga. [Certiorari granted, *ante,* p. 819.] Motion of National Center on Women and Family Law, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 80–11. MERRION ET AL., DBA MERRION & BAYLESS, ET AL. *v.* JICARILLA APACHE TRIBE ET AL.; and
No. 80–15. AMOCO PRODUCTION CO. ET AL. *v.* JICARILLA APACHE TRIBE ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 820.] Motion of the Solicitor General for divided argument on behalf of respondents granted. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 80–5617. IN RE RELIFORD. Petition for writ of mandamus denied.